# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOEY HOLLOMAN, #45713**                                                            **PETITIONER**

**VERSUS**                                  **CIVIL ACTION NO.  4:07-cv-39-TSL-LRA**

**CHRISTOPHER EPPS, Commissioner of MDOC**                            **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this day, incorporated herein by reference,

IT IS HEREBY, ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the   24th    day of  August, 2007.


                                                      /s/Tom S. Lee
                                                UNITED STATES DISTRICT JUDGE